## SMITH v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 97, September Term, 1957.]

*Decided April 25, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

648

Per Curiam.

In this application for leave to appeal, the petitioner raises no questions reviewable in a *habeas corpus* proceeding, and the application is denied for the reasons stated in the opinion of the trial court.